

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In re Chuan C. Chen and Mpatanishi Tayari Garrett

No. 06-25-00085-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that Relators are not entitled to the relief sought. Therefore, we deny the petition.

RENDERED NOVEMBER 10, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk